

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00355-CV

**IN THE INTEREST OF N.A.S.** Jr., B.R.S., and R.C.S., Children

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. Fl-13-117
Honorable Stephen B. Ables, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant mother because she is indigent.

SIGNED September 10, 2014.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Stephen B. Ables, sitting by assignment, is the Presiding Judge of the Sixth Administrative Judicial Region. Judge Ables is the former judge of the 216th Judicial District Court of Kerr County, Texas.